DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALVARO SOTO-IRIBE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  ) <br>          Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>ALVARO SOTO-IRIBE,  )<br>  )<br>          Defendants.  )<br>  )<br>_____ ) | Case No. CR.S-08-200-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 1, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, ALVARO SOTO-IRIBE by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of June 17, 2008 be vacated and that a status conference be set for July 1, 2008 at 9:00 a.m.

This continuance is being requested because defense counsel has not received the pre-plea PSR report from the probation office but anticipates receiving the report this afternoon.  Defense counsel needs

additional time to review the plea offer and pre-plea PSR with Mr. Soto-Iribe and to discuss fast-track plea options with the government.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for July 1, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 16, 2008         Respectfully submitted,
                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ RACHELLE BARBOUR
                             _____
                             RACHELLE BARBOUR
                             Assistant Federal Defender
                             Attorney for Defendant
                             ALVARO SOTO-IRIBE

                             McGREGOR SCOTT
                             United States Attorney


                             /s/ Rachelle Barbour for
DATED: June 16, 2008         _____
                             DANIEL McCONKIE
                             Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: June 16, 2008         _____

                             /s/ John A. Mendez
                             _____
                             HON. JOHN A. MENDEZ
                             UNITED STATES DISTRICT JUDGE