McGREGOR W. SCOTT
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALVARO SOTO-IRIBE, ) <br>   aka Alfredo Piedra Gonzalez, ) <br>   aka Alvaro Irbe Soto, ) <br>   aka Alvaro Gastelum Lopez, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. S-08-200 JAM <br><br> MOTION TO DISMISS INDICTMENT AND ORDER |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, moves this Honorable Court for an order dismissing the indictment filed on May 1, 2008. The defendant was indicted under 8 U.S.C. § 1326(a) and (b)(2) – Deported Alien Found in the United States.

This motion is made because of newly discovered information. The United States has learned that the defendant was found by ICE agents on April 4, 2008 in the Western District of Washington, near the Canadian border, before being found in our district on April 16, 2008. Thus, under United States v. Hernandez, 189 F3d. 785 (9th Cir. 1994), venue lies in the Western District of Washington.

1

1     The undersigned has advised the United States Attorney's
2 Office for the Western District of Washington about this case.
3 That office is declining to proceed on this case. Therefore,
4 dismissal is appropriate.
5     Immigration and Customs Enforcement (ICE) has already placed
6 a hold on the defendant. Should the Court grant this motion, the
7 defendant will be turned over to ICE's custody for administrative
8 proceedings.

DATE: June 30, 2008                    McGREGOR W. SCOTT
                                       United States Attorney

                                By: /s/ Daniel S. McConkie
                                  DANIEL S. McCONKIE
                                  Assistant U.S. Attorney

**O R D E R**

APPROVED AND SO ORDERED:

DATED: June 30, 2008
                            /S/ John a. Mendez
                            HON. JOHN A. MENDEZ
                            UNITED STATES DISTRICT JUDGE